UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: CR07-309 JLR |
| v. ) | |
| ) | |
| GREGORY KOPILOFF, ) | DETENTION ORDER |
| ) | |
| Defendant. ) | |
| _____ ) | |

Offense charged:

Count 1: Mail Fraud, in violation of 18 U.S.C. §1341.

Count 2: Accessing a Protected Computer without Authorization, in violation of 18 U.S.C. § 1030(a)(4) and (b)(3)(A).

Count 3: Aggravated Identity Theft, in violation of 18 U.S.C. §1028A(a)(1).

Initial Appearance: September 11, 2007.

Date of Evidentiary Hearing on Revocation of Bond: October 9, 2007.

On October 9, 2007, defendant appeared for an evidentiary hearing on an alleged violation of his conditions of pretrial release. The petition asserted that the defendant violated the bond condition that he not use a controlled substance, unless the substance is prescribed by a physician, by using methamphetamine on or about September 22, 2007. At the evidentiary hearing, the defendant admitted the violation asserted in the petition and waived his right to an evidentiary

hearing.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) On September 11, 2007, the defendant made his initial appearance and was released on bond with pretrial supervision and special conditions.

(2) The defendant thereafter violated the terms of his supervised release by consuming methamphetamine. The defendant has a serious on-going substance abuse problem. At the time of his arrest on the underlying charges, he was facing several state charges similar to those for which he is charged in this case. There is an outstanding felony warrant in Florida for charges similar to those in the underlying charge.

(3) In light of the admitted violation, there appear to be no conditions or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings and that will address the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to

01      counsel for the defendant, to the United States Marshal, and to the United States

02      Pretrial Services Officer.

03  DATED this 10th day of October, 2007.

*James P. Donohue*

04  ─────────────────────────────
05  JAMES P. DONOHUE
    United States Magistrate Judge

DETENTION ORDER                                                      15.13
18 U.S.C. § 3142(i)                                                Rev. 1/91
PAGE 3